**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 61 MM 2020

Respondent    :

v.    :

DAVON D. WILLIAMS,    :

Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of April, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days, subject to any applicable filing extensions conferred due to the COVID-19 pandemic. *See* 533 Judicial Administration Docket.